# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GREGORY D. GOODEN, II

NO. 2025 KW 1067

**MARCH 23, 2026**

---

In Re:  Gregory D. Gooden, II, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2500629.

---

BEFORE:  McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**WRIT GRANTED IN PART AND DENIED IN PART.** All issues, whether of law or fact, that arise on a motion to quash, shall be tried by the court without a jury. La. Code Crim. P. art. 537. The motion to quash is essentially a mechanism by which to raise pre-trial pleas of defense, *i.e.*, those matters which do not go to the merits of the charge. La. Code Crim. P. arts. 531-534. The district court erred by not holding a contradictory hearing on relator's claim that he was entitled to immunity from prosecution pursuant to La. R.S 14:403.10(B). Accordingly, the rulings on the motions to quash filed in April 2025 and May 2025 are vacated and this matter is remanded for a contradictory hearing with the State. In all other respects, the writ application is denied.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT